# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UMG RECORDINGS., et al., | ) | NO. CV 08-01166 SJO (PLAx) |
| Plaintiffs, | ) | **JUDGMENT** |
| v. | ) | |
| STANFON JOHNSON ALA STAFON JOHNSON, | ) | |
| Defendant. | ) | |

This matter came before the Court on Plaintiffs UMG Recordings, Inc., Sony BMG Music Entertainment, Motown Record Company, L.P., Zomba Recording LLC, Interscope Records, and Arista Records LLC's (Collectively "Plaintiffs") Motion for Entry of Default Judgment by the Court. After full consideration of all admissible evidence and documents submitted, the Court granted Plaintiffs' Motion against Defendant Stanfon Johnson a.k.a Stafon Johnson ("Defendant").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  That judgment be entered in favor of Plaintiffs on their copyright infringement claim.
2.  That Plaintiffs are awarded $11,250 in statutory damages.
3.  That Plaintiffs are awarded $540 in costs.

4. That Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS SO ADJUDGED.

Dated this 15th day of December, 2008.

/ S /
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE